FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STEPPE, <br><br> Petitioner, <br><br> vs. <br><br> SAN BERNARDINO COUNTY SHERIFF, <br><br> Respondent. | Case No. EDCV 11-20-RSWL (RNB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: March 21, 2011

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE