JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERARD STEPPE,<br><br>                Petitioner,<br><br>        vs.<br><br>SAN BERNARDINO COUNTY SHERIFF,<br><br>                Respondent. | Case No. EDCV 11-20-RSWL (RNB)<br><br>**JUDGMENT** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: March 21, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

RONALD S.W. LEW
---
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE